No. 548. SOUTHERN PACIFIC Co. *v.* WALTON, ADMINISTRATRIX. December 9, 1935. Petition for writ of cer-

tiorari to the District Court of Appeal, 1st Appellate District, Division One, of California, denied. *Mr. Arthur B. Dunne* for petitioner. *Mr. Herman A. Bachrack* for respondent.